# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**ARNOLDO J. MENDOZA-PACHECO**  **PLAINTIFF**

**v.**  **CAUSE NO. 2:24-cv-22-KS-MTP**

**FORREST COUNTY JAIL MEDICAL and**
**LISA GATWOOD**  **DEFENDANTS**

### ORDER

On March 24, 2025, the U.S. Magistrate Judge Michael T. Parker entered his Report and Recommendation ("R&R") [33] in this matter, recommending that the Court dismiss this matter without prejudice due to Plaintiff's failure to prosecute and obey Court Orders. Objections to the R&R were due by April 7, 2025. To date, Plaintiff has filed no objection. For the reasons set forth below, the Court finds that dismissal is warranted.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) ("[T]he 'clearly erroneous, abuse of discretion and contrary to law' standard of review ... is appropriate ... where there has been no objection to the magistrate's ruling."); *Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988) ("[A] party is not entitled to de novo review of a magistrate's finding and recommendations if objections are not raised in writing by the aggrieved party . . . after being served with a copy of the magistrate's report.").

As required by 28 U.S.C. § 636(b)(1), the Court has conducted an independent review of the entire record. The Court concludes that the Report and Recommendation [33] is an accurate

statement of the facts and a correct analysis of the law in all respects and should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation dated March 24, 2025 be, and the same hereby is, adopted as the finding of this Court, and Plaintiff's Complaint is hereby dismissed without prejudice. This case is closed. The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record.

SO ORDERED AND ADJUDGED this 11th day of April 2025.

/s/ Keith Starrett_____
KEITH STARRETT
SENIOR UNITED STATES DISTRICT JUDGE